1  Steven G. Rosales
   Attorney at Law: 222224
   Law Offices of Lawrence D. Rohlfing
2  12631 East Imperial Highway, Suite C-115
   Santa Fe Springs, CA 90670
3  Tel.: (562)868-5886
   Fax: (562)868-5491
4  E-mail: rohlfing.office@rohlfinglaw.com

5  Attorneys for Plaintiff
   Steven C. Hisquierdo
6

7
                    **UNITED STATES DISTRICT COURT**
8                   **CENTRAL DISTRICT OF CALIFORNIA**
                         **WESTERN DIVISION**
9

10

11 | STEVEN C. HISQUIERDO,              ) Case No.: 5:12-cv-01182-MAN
                                        )
12 |                                    ) /PROPOSED/ ORDER OF
                Plaintiff,              ) DISMISSAL
13 |                                    )
            vs.                         )
14 | MICHAEL J. ASTRUE,                 )
     Commissioner of Social Security,   )
15 |                                    )
                                        )
16 |            Defendant.              )
                                        )
17 |_____)

18
        Pursuant to the parties' Stipulation, the above captioned matter is dismissed
19
   with prejudice, each party to bear its own fees, costs, and expenses.
20
        IT IS SO ORDERED.
21
   DATE:  October 24, 2012            *Margaret A. Nagle*
22
                                    _____
23                                        MARGARET A. NAGLE
                                    UNITED STATES MAGISTRATE JUDGE
24

25

26

-1-